MOATT    INVATT
i

INTERNAL USE ONLY: Proceedings include all events.
05-10431 USA v. Andres

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Lawrence L. Tong, Esq.<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>Michael Purpura, Esq.<br>6100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| ARTHUR ANDRES<br>    Defendant - Appellant | Lynn T. Hamilton, Esq.<br>FAX 480/644-0095<br>480/545-5511<br>[COR LD NTC cja]<br>HAMILTON LAW OFFICE, PC<br>240 N. Center St.<br>Mesa, AZ 85201 |

MOATT   INVATT
                                                                                    i

INTERNAL USE ONLY: Proceedings include all events.
05-10435 USA v. Mina

UNITED STATES OF AMERICA              Lawrence L. Tong, Esq.
      Plaintiff - Appellee            808/541-2850
                                      Suite 6-100
                                      [COR LD NTC aus]
                                      Michael Purpura, Esq.
                                      6100
                                      [COR LD NTC aus]
                                      USH - OFFICE OF THE U.S.
                                      ATTORNEY
                                      PJKK Federal Building
                                      300 Ala Moana Blvd.
                                      P.O. Box 50183
                                      Honolulu, HI 96850

   v.

EDUARDO C. MINA                       David F. Klein, Esq.
      Defendant - Appellant           FAX 808/599-1645
                                      808/523-7774
                                      Suite 2116
                                      [COR LD NTC cja]
                                      841 Bishop St.
                                      Honolulu, HI 96813-3921