MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 06 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| United States District Court | District of Hawaii |
|---|---|
| Name (under which you were convicted): Eduardo C. Mina | Docket or Case No.: CR-02-00209-DAE |
| Place of Confinement: Taft Correctional Institution | Prisoner No.: 02319-093 |
| UNITED STATES OF AMERICA v. | Movant (include name under which you were convicted) EDUARDO C. MINA |

MOTION    CV07-00061 DAE KSC

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   United States District Court, District of Hawaii, 300 Ala Moana Blvd., Honolulu, Hawaii 96850

   (b) Criminal docket or case number (if you know): CR-02-00209

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: _____

3. Length of sentence: 65-months

4. Nature of crime (all counts): Count 1 - Federal Racketeering, 18 U.S.C. § 1962(c); Count 2 - Conspiracy to Violate the Rico Act, 18 U.S.C. § 1962(d); Counts 9, 33, 57 - Extrotion Under the Color of Official Right, 18 U.S.C. § 1951.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☒    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☒    Judge only ☐

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☒    No ☐
8. Did you appeal from the judgment of conviction?    Yes ☒    No ☐
9. If you did appeal, answer the following:
   (a) Name of court: __Ninth Circuit Court of Appeals__
   (b) Docket or case number (if you know): __05-10435__
   (c) Result: __Sentence and Conviction Affirmed__
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: __(1) The Court erred in failing to suppress Statements; (2) The Court gave an erroneous instruction to the jury; (3) The Court erred in introducing prejudicial flight evidence; (4) Prosecutorial vouching; (5) Sufficiency of the evidence; and (6) Erroneous sentence__

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☒    No ☐
      If "Yes," answer the following:
      (1) Docket or case number (if you know): _____
      (2) Result: __Certiorari Denied__

      (3) Date of result (if you know): _____
      (4) Citation to the case (if you know): _____
      (5) Grounds raised: __Mina's sentence after **Booker** violated the Ex Post Facto Clause.__

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐    No ☒
11. If your answer to Question 10 was "Yes," give the following information: (N/A)
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

(4) Nature of the proceeding: __(N/A)_____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❏   No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❏   No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ❏   No ❏

(2) Second petition:   Yes ❏   No ❏

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: **MINA WAS DENIED EFFECTIVE ASSISTANCE DUE TO COUNSEL'S FAILURE TO EXPLAIN THE BENEFITS OF A GOVERNMENT PLEA OFFER.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Prior to the start of Mina's trial, the government offered a plea to him that called for him to plead guilty to a single count of bribery, which would have resulted in a 6-month sentence. Mina's counsel, Clifford Hunt, informed him of the former but not the latter, and urged him to reject the offer. Mina was in custody for 17-months at the time of this offer; and he would have accepted this offer and pled guilty immediately had counsel informed him that it would have resulted in a mere 6-month sentence and, consequently, a prompt release from custody. (See **MEMORANDUM**)

(b) Direct Appeal of Ground One:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐  No ☒
  (2) If you did not raise this issue in your direct appeal, explain why: The facts needed to be developed.

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐  No ☒
  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

Page 6

Docket or case number (if you know): __N/A__

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

GROUND TWO: **MINA WAS DENIED EFFECTIVE ASSISTANCE DUE TO COUNSEL'S FAILURE TO PRESENT EXCULPATORY EVIDENCE AT TRIAL**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Mr Hunt failed to play critical tapes at Mina's trial that would have raised a reasonable doubt as to the charged conspiracy. Mr Hunt also failed to impeach a key government witness, Jennifer Chong, with evidence of bias due to the fact that she attempted to bribe Mina; this charge was downgraded to a mere obstruction of justice as an inducement to testify falsely against Mina. Mr. Hunt also failed to confront key FBI Agent witnesses, Yamane and Campbell, with their Grand Jury statements, respectively, that the co-conspirator's "didn't trust" Mina and "sent him home from the

<u>Liquor Commission Ofc. before they divided the loot</u>", and "<u>Mina</u> <u>acted alone</u>"; all of which proved I was not part of the conspiracy.

(b) Direct Appeal of Ground Two:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐    No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: <u>The facts needed to first be developed (ineffective assistance of counsel).</u>

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐    No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: <u>N/A</u>

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐    No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐    No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐    No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

GROUND THREE: **MINA WAS DENIED EFFECTIVE ASSISTANCE DUE TO COUNSEL'S FAILURE TO INVESTIGATE AND PRESENT FAVORABLE WITNESSES AT TRIAL**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Mina's trial counsel presented an extensive witness list of witnesses whose testimony would have aided Mina's defense. One witness, Mayor Jeremy Harris was particularly important as he would have testified to the fact that Mina reported the corruption occurring at the Liquor Commission to him (Mayor Harris). Also, David Lee, the leader of the charged conspiracy, would have been forced to admit that he did not see me as a co-conspirator or confidant. Specifically, Mr. Lee would have been forced to admit that he did not trust me, which would have shown that I was not part of the charged conspiracy. (See **"MEMORANDUM"**).

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __The facts of this claim needed to be developed (ineffective assistance of (counsel).__

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Page 9

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

GROUND FOUR: **MINA WAS DENIED EFFECTIVE ASSISTANCE DUE TO COUNSEL'S FAILURE TO CONSULT WITH HIM AND ACT ETHICALLY**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

   Mr. Hunt failed to provide Mina with copies of his Grand Jury Transcripts, despite numerous requests. Mina obtained them post-trial from new counsel (D. Klein) and learned that they contained exculpatory/impeachment material. On 1/6/04, Mr. Hunt filed a motion to age a document, as requested by Mina, which would have proved government misconduct in submitting false evidence. But without consulting with Mina, Mr. Hunt withdrew the motion and, in fact, when asked, he told Mina that he did not file the motion in the first instance. Mr. Hunt told this

lie to cover up the fact that he withdrew the motion without Mina's knowledge or consent. Because he was led to beleive that Mr. Hunt did not file the latter motion as requested, Mina informed him in a letter on 3/7/04 that if he did not do so by 3/12/04, he would fire him as his lawyer. Since Mina did not receive a response by this date, he wrote a letter to the court and asked that Mr. Hunt be relieved as counsel; a hearing on this issue was then scheduled for 3/25/04. On 3/24/04, however, Mr Hunt came to FDC (Honolulu) and showed Mina a copy of a motion to age the aforementioned document - along with an order of the court denying this motion. But Mr. Hunt did not give Mina a copy of either of these documents.

Upon his demand, on 3/29/04, Mr. Hunt gave Mina the latter documents. Mina was shocked to learn, after trial, the motion was filed and denied on the very same day and at the very same time - 3/25/04. It was even more shocking to him that Mr. Hunt was able to show him the motion and its denial on 3/24/04 - despite that they are both filed-stamped on 3/25/04. This shows that Mr. Hunt lied to Mina and that he was railroaded as to the motion to age the document. This was done by Mr. Hunt to appease Mina and avoid being fired. Had the motion to age been properly considered, it would have shown government misconduct sufficient to justify dismissal of the indictment in this case.

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: The facts reeded to be developed (ineffective assistance of counsel).

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __Ineffective assistance of Counsel.__

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __N/A__

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: __Clifford Hunt, 500 Ala Moana Blvd., Suite 4-480A, Honolulu, HI 96813.__

(b) At arraignment and plea: __(Same)__

(c) At trial: __(Same)__

(d) At sentencing: __David F. Klein, Davies Pacific Center, 841 Bishop Street, Suite 2116, Honolulu, HI 96813.__

Page 12

    (e) On appeal: __(Same)__

    (f) In any post-conviction proceeding: __N/A__

    (g) On appeal from any ruling against you in a post-conviction proceeding: __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: __N/A__

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* __N/A__

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 12

(e) On appeal: __(Same)__

(f) In any post-conviction proceeding: __N/A__

(g) On appeal from any ruling against you in a post-conviction proceeding: __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☒

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: __N/A__

   (b) Give the date the other sentence was imposed: _____

   (c) Give the length of the other sentence: _____

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☐

Page 14

Therefore, movant asks that the Court grant the following relief: <u>Grant a new trial or be re-sentenced to six-months in accordance with the plea deal that counsel's ineffectiveness prevented me from accepting.</u>
or any other relief to which movant may be entitled.

_____N/A_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on **x**_____ _____ (month, date, year).

Executed (signed) on **x** 1/25/07 (date).

x _____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. N/A _____

IN FORMA PAUPERIS DECLARATION
<u>DISTRICT COURT OF HAWAII</u>
[Insert appropriate court]
* * * * *