# EXHIBIT A

# CLIFFORD B. HUNT
### Attorney at Law

Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard Box 27
Honolulu, Hawaii 96813-4908

Telephone: (808) 545-4050
Facsimile: (808) 532-9599
e-mail: cliffhunt@msn.com

September 5, 2003

Mr. J. Michael Seabright
Mr. Craig Nakamura
United States Attorney's Office
300 Ala Moana Boulevard, Rm 6100
P.O. Box 50183
Honolulu, Hawaii 96850

Re:   USA v. Eduardo Mina; USDC CR. NO. 02-00209 (05) DAE

Dear Mr. Seabright and Mr. Nakamura:

Enclosed is Mr. Mina's designation of audio tape portions he intends to introduce into evidence at trial. For those tapes that were not transcribed by the government I have enclosed transcripts of the portions of the tapes Mr. Mina intends to play for the jury. For those portions that were transcribed by the government, please refer to the government's transcripts. The counter number used is the counter on the government's Tascam machine.

Sincerely,

Clifford B. Hunt

Clifford B. Hunt

cc:  Mr. Eduardo Mina w/ enc.

DEFENDANT EDUARDO MINA'S
TRIAL EXHIBITS RE AUDIO TAPES
(USA v. David Lee, et al.; USDC CR. No. 02-00209 DAE)

| Exhibit | Date | Tape No. | Side | Counter No. | Page/Line | |
|---------|------|----------|------|-------------|-----------|--|
| 1202 | 10/21/00 | 2 | A | 1717 - 1760 | 1:3-16 | |
| 1204 | 11/10/00 | 3 | B | 1722 - 1739 | 1:3-6 | |
| 1206 | 12/01/00 | 5 | A | 1022 - 1061 | 19:6-44 | |
| 1208 | 12/11/00 | 1 | A | 1501 - 1533 | 1:3-8 | |
| 1210 | 12/11/00 | 3 | A | 0045 - 0097 | 1:3-17 | |
| 1212 | 12/20/00 | 2 | A | 0384 - 0425 | 1:3-7 | |
| 1214 | 12/20/00 | 3 | B | 0496 - 0513 | 1:3-8 | |
| 1216 | 12/20/00 | 3 | B | 0572 - 0585 | 1:3-5 | |
| 1218 | 12/20/00 | 4 | A | 0358 - 0428 | 1:3-18 | |
| 1220 | 12/20/00 | 4 | A | 1090 - 1105 | 1:3-6 | |
| 1222 | 01/17/01 | 4 | B | 0800 - 0818 | 6:29-7:1 | |
| 1224 | 01/23/01 | 5 | B | 1873 - 1880 | 31:21-22 | |
| 1226 | 01/31/01 | 1 | B | 2297 - 2317 | 6:34-7:2 | |
| 1228 | 02/15/01 | 3 | A | 0865 - 0911 | 5:17-6:1 | |
| 1230 | 03/13/01 | 2 | A | 1283 - 1534 | 16:19-17:15 | |
| 1232 | 04/24/01 | 1 | B | 2645 - 2745 | 2:37-4:19 | |
| 1234 | 05/03/01 | 1 | A | 2298 - 2325 | 4:18-24 | |
| 1236 | 05/03/01 | 1 | A | 2631 - 2736 | 11:17-12:38 | |
| 1238 | 05/03/01 | 1 | B | 2190 - 2213 | 1:3-8 | |
| 1240 | 05/03/01 | 2 | B | 1076 - 1152 | 1:3-17 | |
| 1242 | 05/03/01 | 1 | B | 2758 - 2770 | 1:3-6 | |

Date:  10/21/00

CW - Cooperating Witness
WR - William Richardson


| 1 | TAPE 2 / SIDE A |
| 2 | (1717) |
| 3 | CW: | Plenty of guys not gonna wanna do that one not gonna be a lot of...well take that |
| 4 | | back |
| 5 | WR: | I'll write her |
| 6 | CW: | Yeah, I just wrote her for the minor, |
| 7 | WR: | ((laughs)) |
| 8 | CW: | Chased, chased Ed, Chased me and Ed around the car trying to give us money, |
| 9 | | (laughs) and then, the minor going, take take the money already, kinda obvious |
| 10 | | kind, (laughs) kind of hard to |
| 11 | WR: | (Laughs) kinda hard to take |
| 12 | CW: | Yeah, all the doormen watching all watching, place |
| 13 | WR: | You know these fuckin' people, they...they like make it obvious they own you or |
| 14 | | somethin'.  That's why I ...I can' stand it. |
| 15 | CW: | Yeah |
| 16 | WR: | I get so fuckin' pissed off when they do things like that. |
| 17 | CW: | Yeah. |

Date:  11/10/00

CW  -  Cooperating Witness
SH  -  Sam Ho

1      TAPE 3 / SIDE B

2      (1722)

3      CW:   Right around Christmas time I going be, me, you, Bill, we all going be with

4           Harvey  (laughs)

5      SH:   Perfect timing,

6      CW:   Yeah

1

Date:   12/11/00

CW  -  Cooperating Witness
KW  -  Ken Wright
UI   -  Unintelligible

1       TAPE 1 / SIDE A

2       (1501)

3       CW:    Uh, I went with Ed the other night.

4       KW:    (UI) You took him with you?

5       CW:    Well we had the, uh, service for Ed, it was Ed's assignment.  So he goes (talking

6               quietly) uh, oh wait, don't go.  And he goes to get money and he comes back with

7               two two bills, but plus I never give him.  Yeah, so yeah, fuck, anything I tell him

8               wait in the car or something, yeah.

Date:  12/11/00

CW  -  Cooperating Witness
DL  -  David Lee

| | | |
|---|---|---|
| 1 | | TAPE 3 / SIDE A |
| 2 | | (0045) |
| 3 | CW: | David, you went to, um, Hollywood or what |
| 4 | DL: | Hollywood.... |
| 5 | CW: | Club, the Club, Club Hollywood? |
| 6 | DL: | Oh, the one on Lagoon. |
| 7 | CW: | Yeah. |
| 8 | DL: | She go told me to come back, but, uh, she was, she was supposed to call me. |
| 9 | CW: | Oh yeah. |
| 10 | DL: | You know, to, to get for everybody. |
| 11 | CW: | Yeah.  Cause I went the other night and, uh, I went with Ed... |
| 12 | DL: | Hmm. |
| 13 | CW: | ...and then she gave, but... |
| 14 | DL: | Hmm. |
| 15 | CW: | ...Ed doesn't take, right, so I ... |
| 16 | DL: | I don't know.  I don't trust him anyways. |
| 17 | CW: | Yeah, I didn't, uh... |

1

Date:  12/20/00

CW - Cooperating Witness
SH - Sam Ho

1    TAPE 3 / SIDE B

2    (0496)

3    CW:    That's why I like go with Ed because, I don't know we went Hollywood, she gave

4           two bills...

5    SH:    To Ed?

6    CW:    ...or to to me but...

7    SH:    Ohhh.

8    CW:    ...I never give Ed.

Date:  12/20/00

CW  -  Cooperating Witness
SH  -  Sam Ho

1      TAPE 3 / SIDE B

2      (0572)

3      SH:    But when Art told me, oh we have to include 'em with the guys, I said oh I, I

4              don't, I don't agree with that.

5      CW:    Yeah.

1

Date:   12/20/00

CW  -  Cooperating Witness
SH   -  Sam Ho
UI    -  Unintelligible


1        TAPE 4 / SIDE A

2        (0358)

3        SH:     You went hit Dusan already?

4        CW:     Yeah that's that's another time I went with Ed because Ed forgot what Ed had,

5                one...

6        SH:     Go blast couple of bar

7        CW:     ...service or something.  So he go, oh wait, don't go.  Oh he and.  So he run and he

8                come back, so I was (UI), Ed was behind me...

9        SH:     Uhhh.

10       CW:     ...so I don't know if he gave Ed and then he caught up me and then he he stick in

11               my hand to...

12       SH:     No, not, he good for dollar only.

13       CW:     Oh, so two bills, that's the one I asked you, Oh should I give Ed.

14       SH:     Yeah.

15       CW:     Eh fuck Ed.

16       SH:     No he independent.

17       CW:     Yeah.

18       SH:     Let him get his own because, I mean, fuck.  And it's just my personal.


1

Date:  12/20/00

CW  -  Cooperating Witness
SH  -  Sam Ho

1       TAPE 4 / SIDE A

2       (1090)

3       CW:    David, hoo he put Ed and Al together plenty yeah.  I was surprised.

4       SH:    Eh for a while he was he was putting uh Ken and Ed.

5       CW:    Yeah, he did that couple times.

6       SH:    Ken was getting kinda frustrated.

1

Date:  05/03/01

EM  -  Ed Mina
CW  -  Cooperating Witness

1    TAPE 1 / SIDE B

2    (2190)

3    EM:   I don't know what is happening with David.  He's picking up on me and then,

4    CW:   Uhhh.

5    EM:   I tell you...

6    CW:   There is a saying called people in glass houses shouldn't throw stones.  I don't

7          know why, he, singling you out because, everybody else is way worse than you

8          probably.

Date: 05/03/01

EM - Ed Mina
CW - Cooperating Witness
UI - Unintelligible

1    TAPE 2 / SIDE B

2    (1076)

3    CW:    See David, David told us we were suppose to have a meeting today right...

4    EM:    Um huh.

5    CW:    ...in the office.

6    EM:    Yeah, I thought, I don't know what kind of meeting.

7    CW:    Yeah, but I thought, you know, and he said kind of like a little bit about of what

8          it's going to be about but I thought oh, we going set ground rules, you know

9          about, you know writing up somebody else's place or friend or you know but, I

10         didn't know it was going to be like, you know, he just, (UI)

11   EM:    (UI) the meeting was about me.

12   CW:    Yeah, that was it. He was asking everybody else to speak up now, but, you know,

13         who going to say, you know, what Sam going to say, yeah Ed, you know, nobody

14         else can say anything to you because everybody else doing the same thing. That's

15         why everybody was quiet.

16   EM:    And I, I, I...I told you, I'm a beginner, see. Hah, It took me three years, too hah, to

17         dance the music.

1

Date:  05/03/01

EM - Ed Mina
CW - Cooperating Witness

1    TAPE 1 / SIDE B

2    (2758)

3    EM:    But it's not a good expression to learn that...

4    CW:    There's nothing wrong with saying that.  There's nothing wrong with saying that.

5            I, that, when you say that, I don't understand that to mean that you're asking for

6            money.

1

194B-HN-16438
Date:  12/11/00
MSY:jan
Revised 6/01 msy
Corrections by CW 1/11/02

NON-PERTINENT CONVERSATION

TAPE 2/SIDE B

         (Television on, football game)

NON-PERTINENT CONVERSATION

         (Enter car, radio)

         (----------------)


TAPE 3/SIDE A

45
CW:        David, you went to, um, Hollywood or what

DL:        Hollywood...

CW:        Club, the Club, Club Hollywood?

DL:        Oh, the one on Lagoon.

CW:        Yeah.

DL:        She was told me to come back, but uh, she was,
           she was supposed to call me.

CW:        Oh yeah.

DL:        You know, to, to get for everybody.

CW:        Yeah.  `Cause I went the other night and, uh, I
           went with Ed...

DL:        Hmm.

CW:        ...and then she gave, but...

DL:        Hmm.

CW:        ...Ed doesn't take, right, so I...

7

EXHIBIT 1

TA

Date:  12/11/00

CW - Cooperating Witness
DL - David Lee

1        TAPE 3 / SIDE A

2        (0045)

3        CW:    David, you went to, um, Hollywood or what

4        DL:    Hollywood....

5        CW:    Club, the Club, Club Hollywood?

6        DL:    Oh, the one on Lagoon.

7        CW:    Yeah.

8        DL:    She go told me to come back, but, uh, she was, she was supposed to call me.

9        CW:    Oh yeah.

10       DL:    You know, to, to get for everybody.

11       CW:    Yeah.  Cause I went the other night and, uh, I went with Ed...

12       DL:    Hmm.

13       CW:    ...and then she gave, but...

14       DL:    Hmm.

15       CW:    ...Ed doesn't take, right, so I ...

16       DL:    I don't know.  I don't trust him anyways.

17       CW:    Yeah, I didn't, uh...

1

EXHIBIT

194B-HN-16438
Date:  12/11/00
MSY:jan
Revised 6/01 msy
Corrections by CW 1/11/02

DL:    I don't know.  I don't trust him anyways.

CW:    Yeah, I didn't, uh...

DL:    He wanted to include him and I wouldn't...

CW:    Yeah.

DL:    ...so she must be doing it on her own then.

CW:    Yeah.

DL:    But she supposed to be leaving so. .

CW:    Yeah, that's what she said, she going vaca-, Texas or something

DL:    She looks much better than when she started

CW:    Yeah, yeah

DL:    I don't know what happened but, I didn't recognize she had a wild hairdo (UI) (laughs)

DL:    Boy look like lot of minors in there,

CW:    Yeah

DL:    One night, (UI) we had papers to bring down

CW:    Yeah, yeah

DL:    (UI)

CW:    Yeah, yeah, the night

DL:    We were checking a warning or something .

CW:    The night we went had couple of young looking guys in there

DL:    Yeah

DL:    This was a whole bunch but they were they were reading guys and they were just standing talking story

8

EXHIBIT 12
c continue(

TAB

194B-HN-16438
DATE:      12/20/00
MSY:clc
Revised 7/01 msy

CW: Oh Mina.
450
SH: Yeah.  Both side, even Patti.  (UI) the black man, how is he?  I wanna give you guys something but the black man, he he can take money?  Oh eh, he one of the best guys.  Ching cha (laughs).  Ohh you Patti, give um to me ah.

   (Laughter)

CW: That's why I like go with Ed because, I don't know we went Hollywood, she gave two bills...

SH: Ed?

CW: ...or to to me but...

SH: Ohhh.

CW: ... I I never give Ed.

SH: But I think he getting you know.

CW: Well that's (UI), I was wondering because Art I told Art, what I was supposed to give Ed or what?  He go, oh he get already but.

SH: Uh but I wouldn't brah.

CW: Yeah.

SH: I telling you, because if anybody going get us in trouble, going be him man.

   Cause we went to Rose, I mean Rose gave him and Ed took right there.  He go, oh Christmas.  (UI).

SH: Ed, when he was in the Philippines, he was getting he was getting uh hush money all the way.  He was like a tax collector or something right?

CW: Yeah yeah.

SH: He knows the game.  But, but when Art told me, oh we have include 'em with the guys, I said oh I, I don't, I don't agree with that.

CW: Yeah.

35

EXHIBIT 12
D

Date:   12/11/00

CW  -  Cooperating Witness
KW  -  Ken Wright
UI  -  Unintelligible

1      TAPE 1 / SIDE A

2      (1501)

3      CW:    Uh, I went with Ed the other night.

4      KW:    (UI) You took him with you?

5      CW:    Well we had the, uh, service for Ed, it was Ed's assignment.  So he goes (talkin

6             quietly) uh, oh wait, don't go.  And he goes to get money and he comes back w

7             two two bills, but plus I never give him.  Yeah, so yeah, fuck, anything I tell hi

8             wait in the car or something, yeah.

1

Date:   12/20/00

CW  -  Cooperating Witness
SH  -  Sam Ho

1       TAPE 3 / SIDE B

2       (0572)

3    SH:    But when Art told me, oh we have to include 'em with the guys, I said oh I, I

4              don't, I don't agree with that.

5    CW:    Yeah.

1

Date:  12/20/00

CW  -  Cooperating Witness
SH  -  Sam Ho
UI  -  Unintelligible

1      TAPE 4 / SIDE A

2      (0358)

3      SH:    You went hit Dusan already?

4      CW:    Yeah that's that's another time I went with Ed because Ed forgot what Ed

5             one...

6      SH:    Go blast couple of bar

7      CW:    ...service or something.  So he go, oh wait, don't go.  Oh he and.  So ho ro

8             come back, so I was (UI), Ed was behind me...

9      SH:    Uhhh.

10     CW:    ...so I don't know if he gave Ed and then he caught up me and then he ho

11            my hand to...

12     SH:    No, not, he good for dollar only.

13     CW:    Oh, so two bills, that's the one I asked you, Oh should I give Ed.

14     SH:    Yeah.

15     CW:    Eh fuck Ed.

16     SH:    No he independent.

17     CW:    Yeah.

18     SH:    Let him get his own because, I mean, fuck,  And it's just my personal.

1

Date:   12/20/00

CW  -  Cooperating Witness
SH  -  Sam Ho

1      TAPE 4 / SIDE A

2      (1090)

3      CW:  . David, hoo he put Ed and Al together plenty yeah.  I was surprised.

4      SH:   Eh for a while he was he was putting uh Ken and Ed.

5      CW:   Yeah, he did that couple times.

6      SH:   Ken was getting kinda flustrated.

1