# EXHIBIT B

```
 1   statement, "Try check is out, June's Lounge.
 2   Somebody probably went in," made by Mr. Ho?
 3        A    That somebody probably went in and gave
 4   June's Lounge a citation, and that's why they
 5   were receiving the money.
 6        Q    Citation or possibly a warning?
 7        A    That's correct.
 8        Q    No. 33.
 9        A    On November the 13th, 2000, at the end
10   of the shift, Lee tells the undercover to stay,
11   and then he sends Ed Mina home. The
12   investigators stay in the office also after Mina
13   leaves.  And Richardson tells the UC that they
14   had one violation swept under the table, and he
15   says, "Only in America."
16            And then Lee tells the UC, "Junko, they
17   get grand opening this week, Thursday, Friday,
18   Saturday."  And Lee gives $100 to the undercover,
19   and then the undercover sees Lee giving to Ho,
20   Richardson and Oshiro, giving money to Ho,
21   Richardson and Oshiro.
22            Later, Ho is talking to the undercover,
23   and he said that he had gone to Junko, Club
24   Junko, and that he had called Lee about a
25   citation at Junko.  And Lee told him it's bad
```

22

1  MR. SEABRIGHT: And just for the jury, that
2  evidence is only relevant to put in the context the fact he
3  received money from her as someone he had a relationship
4  with, so you can weigh that with that in mind. Okay.
5  That's the only reason that evidence is presented to you.
6  BY MR. SEABRIGHT:
7     Q.  Did he tell you about the total amount of money he
8  received from the bars?
9     A.  Mr. Mina stated that he estimated he received
10 between $2,000 and $3,000.
11    Q.  And did he typically go by himself or went with
12 others to get money?
13    A.  He typically [went alone] and it was always during
14 off-duty hours during the daytime.
15    Q.  Did he tell you -- give you some information
16 regarding money he got from Club Hollywood?
17    A.  Yes, he did. He stated that he was partnered with
18 William Richardson one night. They made a stop at Club
19 Hollywood. Mr. Mina remained in the car. Mr. Richardson
20 went in to talk to the owner and to possibly receive a
21 payment. Mr. Richardson returned to the car and handed Mr.
22 Mina $100. Mr. Mina said he was surprised that Richardson
23 had given him the $100.
24    Q.  Was there a similar type incident relating to Art
25 Andres?