# EXHIBIT B (1)

CLIENT'S COPY

CLIFFORD B. HUNT 3425
ATTORNEY AT LAW
500 ALA MOANA BLVD., SUITE 4-480A
HONOLULU, HAWAII 96813
(808) 545-4050; FAX: (808) 532-9599
E-mail: cliffhunt@msn.com

ATTORNEY FOR DEFENDANT
EDUARDO C. MINA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 6 2004

at _1_ o'clock and _49_ min. _P_M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CR. NO. 02-00209 (05) DAE |
| ) | |
| Plaintiff,    ) | DEFENDANT MINA'S WITNESS |
| vs.    ) | LIST and CERTIFICATE OF SERVICE |
| ) | |
| EDUARDO C. MINA,    (05)  ) | JUDGE: DAVID A. EZRA |
| ) | |
| ) | TRIAL: April 22, 2004 at 9:00 a.m. |
| Defendant.    ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

## DEFENDANT MINA'S WITNESS LIST

Defendant Eduardo C. Mina will call the following witnesses at trial:

a.    Samuel K. Y. Ho

b.    David Lee

c.    Collin Oshiro

d.    William Richardson

e.    Kenneth Wright

f.    Mayor Jeremy Harris

g.    Thomas Mendonca

h.    Jared Redulla

i.    Wallace Weatherwax

j.    Edmund Yee

k.    John Carroll

l.    Joe Pavsek (defense investigator)

m.    Daniel Sison (defense investigator)

n.    Doreen Shimizu (defense investigator)

o.    Louis Souza (defense investigator)

p.    Clifford Muraoka

q.    Any witnesses listed on government's witness list

r.    Custodian of Records or Authorized Representative, Office of the
      Mayor, City and County of Honolulu

s.    Custodian of Records or Authorized Representative, Department of
      Personnel, City and County of Honolulu

t.    Lee Donohoe, Chief of Police, Honolulu Police Department

-2-

u.   Custodian of Records or Authorized Representative, Chief of Police,

Honolulu Police Department

v.   Custodian of Records or Authorized Representative, Records

Division, Honolulu Police Department

w.   Tae Sang Chung

DATED: April 16, 2004.

CLIFFORD B. HUNT
`Attorney for Defendant Mina

-3-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00209 (05) DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| EDUARDO C. MINA,     (05) | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon

the following person by hand delivering or mailing a copy by first class mail

postage prepaid on __April 16, 2004__, as set forth below:

EDWARD KUBO
United States Attorney
J. MICHAEL SEABRIGHT
CRAIG NAKAMURA
Assistant U.S. Attorney
300 Ala Moana Boulevard, Rm 6100
P.O. Box 50183
Honolulu, Hawaii  96850

PAMELA BYRNE
Assistant Federal Public Defender
300 Ala Moana Boulevard, Box 50269
Honolulu, Hawaii 96850

Attorney for Defendant
HARVEY T. HIRANAKA

-4-

Attorneys for Plaintiff

REGINALD P. MINN
Davies Pacific Center
841 Bishop Street, suite 2116
Honolulu, Hawaii 96813

Attorney for Defendant
ARTHUR M. ANDRES


_____
CLIFFORD B. HUNT