# EXHIBIT C

3/7/04

Dear Atty Hunt,

I was constrained to write you this letter because of your confession that you did not file the Motion to age the document Cuclo which earlier you stated that you even put the alleged motion in a sealed envelop so that the prosecution will not know about it.

You almost lulls me into a possibility of a conviction based on a spurious document. I can still forgive you for this, but if I will not receive a filed motion on Friday, March 12, 2004, duly accepted by the Clerk of Court, much to my regret, you are fired effective that date because I have to undertake my own defense so that I have still time to file the motion myself.

Are you trying to protect Yamane and Campbell at my own expense?

I will file the motion Friday with the accompanying letter firing you.

Thanks and May God bless you.

Very truly yours,

Witness to:
A true copy of letter sent 3/7/04
Roderick _____