# EXHIBIT F

1   had properly signed out.

2   So I instructed, being his senior
3   investigator, I instructed Mina not to issue a
4   violation, but to issue a written warning because
5   it wasn't a clean violation.

6   On September 21st, we went back to Club
7   My Library, and at that time the manager took us
8   into her karaoke room, gave me $200 and asked
9   that I give half to Investigator Mina.

10  Q   Did you do that?

11  A   Yes, I did.

12  Q   What was Mr. Mina's response when you
13  gave him a $100?

14  A   Something like, "Ohhh." He was very
15  happy.

16  Q   What is the last page? It says,
17  "Payments From Licensee." Just for the record,
18  "licensee" refers to a business which holds a
19  liquor license?

20  A   That's correct.

21  Q   "Payments From Licensee To UC Upon
22  Introduction By Andres." Can you describe what
23  these three incidences represent?

24  A   These all occurred on one night when I
25  was assigned as a partner with Investigator

4-29

1   A   So he initiated an investigation of an employee drinking
2   liquor on duty. He went and obtained the time card for this
3   employee, and as I looked, he was looking at it, he looked kind
4   of puzzled. So I looked at the time card and in looking at the
5   time card for this female, she had filled it out incorrectly in
6   putting the time in and time out incorrectly, but she had --
7   the time card did indicate that she had attempted to sign out
8   so that technically she really had signed out. Even though the
9   time card was filled out incorrectly, it indicated that she
10  wasn't working at the time that we saw her drinking.
11  Q   Would that make a difference in whether you write a
12  violation or not?
13  A   Yes, because -- yes.
14  Q   Why?
15  A   If she wasn't -- if she was not signed in, then she was
16  allowed to drink at the bar.
17  Q   Okay. So what happened next?
18  A   Because of that discrepancy in the time card, I suggested
19  to Mina that, rather than write the violation for an employee
20  drinking, that we would write a written warning for the
21  improper time card. And as we were near the kitchen area, the
22  owner or manager of My Library came by us and she -- she was
23  kind of asking for a break. She -- she made kind of a hand
24  sign like this (indicating).
25  Q   Just so the record can tell, you were making a sign with