# CERTIFICATE OF SERVICE

I, Eduardo Mina _____ hereby certify that I have served a true and correct copy of the following:

§ 2255 Motion and Supporting Memorandum

Which is deemed filed at the time it was deposited in Taft Correctional Institution's internal mail system, since TCI has no separate system designed for legal mail, in accordance with Rule 4, Federal Rules of Appellate Procedure and Houston V. Lack, 108 S. Ct. 2379 (1988), by placing same in a sealed, first class postage prepaid envelope addressed to :

United States Attorney
District Of Hawaii
300 Ala Moana Blvd.
P.O. Box 50183
Honolulu. HI 96850

and depositing same in the institution mail box at Taft Correctional Institution at Taft, California.

I declare, under penalty of perjury (Title 28 U.S.C. 1746), That the foregoing is true and correct.

Dated this 25th day of January, 2007.

Eduardo C. Mina
Petitioner-Defendant (In Pro Se)