

CR 02-209
DAE



Clerk of the Court
United States District Court
300 Ala Moana Blvd.
Honolulu, HI 96850