EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG    #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00209 DAE |
|---|---|
| | ) CIV. NO. 07-00061 DAE KSC |
| Plaintiff/Respondent, | ) |
| | ) GOVERNMENT'S MOTION FOR ORDER |
| vs. | ) FINDING LIMITED WAIVER OF |
| | ) ATTORNEY-CLIENT PRIVILEGE, AND |
| EDUARDO C. MINA, | ) EXTENDING TIME IN WHICH THE |
| | ) GOVERNMENT MAY FILE A RESPONSE; |
| Defendant/Petitioner. | ) DECLARATION OF LAWRENCE L. |
| | ) TONG; CERTIFICATE OF SERVICE |

GOVERNMENT'S MOTION FOR ORDER FINDING LIMITED
WAIVER OF ATTORNEY/CLIENT PRIVILEGE, AND EXTENDING
TIME IN WHICH THE GOVERNMENT MAY FILE A RESPONSE

The United States moves this Court for an order (1) finding that defendant Eduardo C. Mina (Mina) has waived the attorney-client privilege as to any communications which he had with attorney Clifford Hunt concerning the claims of ineffective assistance of counsel asserted in his motion under 28 U.S.C. §

2255, (2) extending by 45 days the time in which the government may file a response to such motion.

    This motion is based on the records and files in this case, and is submitted by the attached declaration of Lawrence L. Tong.

    DATED: Honolulu, Hawaii, <u>     February 21, 2007     </u>.

    EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By <u>/s/ Lawrence L. Tong</u>
   LAWRENCE L. TONG
   Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at his last known address:

Served by first class mail:

Eduardo Mina, #02319-093   February 21, 2007
Taft Correctional Institution
P.O. Box 7001
Taft, CA 93268

Defendant/Petitioner Pro Se

DATED:  Honolulu, Hawaii, February 21, 2007.

/s/ Janice Tsumoto