EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG    #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 02-00209 DAE |
| | ) CIV. NO. 07-00061 DAE KSC |
| Plaintiff/Respondent, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| EDUARDO C. MINA, | ) |
| | ) |
| Defendant/Petitioner. | ) |

CERTIFICATE OF SERVICE

I hereby certify that the Order Finding Waiver of Attorney-Client Privilege, and Extending Time in Which the Government May Respond to Defendant's 28 U.S.C. § 2255 Motion was signed by Judge David A. Ezra, filed and served on the following on February 22, 2007:

Served by first class mail:

Eduardo Mina, #02319-093          February 22, 2007
Taft Correctional Institution
P.O. Box 7001
Taft, CA 93268

Defendant/Petitioner Pro Se

DATED:  Honolulu, Hawaii, February 22, 2007.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By /s/ Lawrence L. Tong
          LAWRENCE L. TONG
          Assistant U.S. Attorney

        Attorneys for Plaintiff
        UNITED STATES OF AMERICA