Eduardo C. MINA 02319-093
Mahoney Hale, 909 Kaamahu Place
Honolulu, HI 96817

Clerk Of Court, U.S. District Court
Prince Kuhio Federal Building, Rm. C338
300 Ala Moana Blvd. 93268

    Re: CR. NO. 02-00209 DAE
        CIV. NO.. 07-00061 DAE KSC

Sir:

This will inform you of my change of address. Any communication regarding my 2255 Appeal should be sent to this address:
    Mahoney Hale, 909 Kaamahu Place
    Honolulu, Hawaii 96817

Thank you fo your kind attention, I remain.

Very truly yours,

Eduardo C. MINA

Copy furnished:

    Unitrd States Attorneys
    District of Hawaii
    Rm. 6100, PJKK Federal Bldg.
    300 Ala Moana Blvd. 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 08 2007
DISTRICT OF HAWAII