

# U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

PJKK Federal Building          (808) 541-2850
300 Ala Moana Blvd.            FAX (808) 541-2958
Room 6-100
Honolulu, Hawaii 96850

April 14, 2003

Clifford B. Hunt, Esq.
Four Waterfront Plaza
500 Ala Moana Blvd., Suite 480
Honolulu, Hawaii 96813

      Re:  United States v. Eduardo C. Mina
           Criminal No. 02-00209-05 (DAE)

Dear Mr. Hunt:

      As you know, five of the eight defendants in the above-captioned case have entered pleas of guilty. These five defendants are cooperating with the United States, and one or more will testify against your client at trial.

      Please be advised that the United States will accept a plea of guilty by Mr. Mina to the RICO conspiracy charge, along with two substantive Hobbs Act counts agreeable to both parties.

      The United States will keep this plea offer open only until June 15, 2003. Should Mr. Mina enter a plea of guilty after June 15, 2003, the United States will object to the "third" level for acceptance of responsibility based on timely notifying the United States of his intention to enter a plea pursuant to Guideline section 3E1.1(b).

                                Sincerely yours,

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii

                    By _____
                        J. MICHAEL SEABRIGHT
                        CRAIG H. NAKAMURA
                        Assistant U. S. Attorneys

**EXHIBIT A**