

TASA • TASAmed • TASconsulting • TASL

E# 16048                C# 101877

MEMORANDUM OF CONFIRMATION   January 7, 2004

TO:
Clifford Hunt, Esq.
Clifford B. Hunt Law Office
4 Waterfront Plaza, Suite 480
Box 27
Honolulu, HI           96813-4908

(808) 545-4050

FROM: CATHY L. SILVESTERA        RE: HI-48-0016

Thank you for calling The TASA Group regarding the matter:

U.S v. [Eduardo Mina]

Please contact ALBERT H. LYTER, III at (919) 848-3696
* SOME FEES MAY BE REQUIRED IN ADVANCE.

THE RATES FOR THIS EXPERT'S SERVICES ARE :
Hourly: $410/hour + expenses        - 5 HR.MIN/CASE+EXPENSES
  COURT/DEPO: 8 HR.MIN/DAY+EXPS - ADVANCE REQUIRED: 6 HR.MIN +
  $100 ADMIN.CHARGE

Unless otherwise stated, monies are quoted in U.S. dollars. In Canada we will charge the equivalent in Canadian dollars.

When we refer to "you," we mean you and your firm, and you acknowledge that you have the authority to bind your firm to this Memorandum. The term "Expert(s) is used in this Agreement to cover person(s) whom we refer, including "Experts" (by TASA, TASAmed, and TASL) and "Consultants" (by TASconsulting), or by some other division of The TASA Group, Inc. (collectively "TASA Group").

After reviewing your requirements, we have referred the above-named Expert. If, for any reason, you require another Expert for this case, please call us immediately. We are usually able to solve your additional needs for any case promptly and efficiently, from the thousands of Experts on our roster in more than 9,400 areas of expertise.

By accepting the Expert, you acknowledge that our understanding is as follows:

**Charges** The above rates will be applied to all time the Expert spends on your behalf. Such time may include, without limitation: consultation, case review, technical investigation, research, laboratory work (in-house or otherwise), report preparation, depositions by either side for any purpose, court appearances, standby, and travel. There is ordinarily no charge for an initial telephone interview with the Expert. If, however, your first call involves a substantive discussion of the matter, as determined by the Expert, charges may be incurred. If there is a meeting to discuss whether the Expert is qualified to handle your matter, there also may be a charge. Please be sure to ask the Expert when charges for the Expert's time and/or expenses will begin. Each rate quoted incorporates the services of both the Expert and TASA Group. Rates for this Expert may increase in the future as costs increase. Billings are based on the Expert's time at the rates quoted, the Expert's expenses times a factor of 1.2, and a one-time administrative charge of $100.00* per case. The administrative charge will be assessed on only the first bill you receive on this matter. In addition to the general administrative charge, you will be assessed for expenses related to required disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure. For any such disclosures, you will be billed an additional administrative charge of $50.00 per request, and $15.00 per hour for time we spend in responding to the request.

*In Canada, the administrative charge is $100 (U.S.) per case, and GST will be applied to billings where applicable.

IMPORTANT - SEE OTHER SIDE                         IMPORTANT - SEE OTHER SIDE

Headquarters: 1166 DeKalb Pike • Blue Bell, Pennsylvania 19422-1853 • (610) 275-8272 • FAX 800-329-8272
United States and Canada: 800-523-2319 • United Kingdom: 0800-89-1292
experts@tasanet.com • www.tasanet.com



EXHIBIT B