

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

PJKK Federal Building           (808) 541-2850
300 Ala Moana Blvd., Room 6-100  FAX (808) 541-2958
Honolulu, Hawaii 96850

December 23, 2003

Clifford B. Hunt, Esq.
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard, Box 27
Honolulu, Hawaii  96813-4908

       Re:  United States v. Mina, et al.
            Cr. No. 02-00209 DAE

Dear Mr. Hunt:

     As you know, Mr. Mina has indicated that he is willing to take a "lie detector test" on issues relating to his prosecution. We are willing to accommodate Mr. Mina, and are requesting that he undergo a polygraph examination by a trained and certified FBI polygraph examiner. Among the questions we intend to ask Mr. Mina are 1) whether Task Force Agent Campbell took notes during Mr. Mina's interview at the police station on January 30, 2002; 2) whether Mr. Mina was advised that he was not under arrest and free to leave; and 3) whether Mr. Mina was forced by Agents Yamane and Campbell to accompany them to the police station. These are matters on which Mr. Mina has indicated he is willing to take a "lie detector" test.

     We are also willing to polygraph Mr. Mina on other questions relating to his guilt or innocence of the crimes charged in the Indictment, including whether he took money from bar owners in return for overlooking liquor violations.

     Please let us know what Mr. Mina's response is to our offer to have him tested by an FBI polygraph examiner.

                             Very truly yours,

                             EDWARD H. KUBO, JR.
                             United States Attorney
                             District of Hawaii

                       By  *[signature]*
                             J. MICHAEL SEABRIGHT
                             CRAIG H. NAKAMURA
                             Assistant U. S. Attorneys

cc:  Miles Yamane, Special Agent
     Federal Bureau of Investigation



EXHIBIT D