**CLIFFORD B. HUNT**
Attorney at Law

---

Four Waterfront Plaza, Suite 480         Telephone: (808) 545-4050
500 Ala Moana Boulevard Box 27           Facsimile: (808) 532-9599
Honolulu, Hawaii 96813-4908              e-mail: cliffhunt@msn.com

January 15, 2004

FAX: 838-4510
Mr. Thomas L. Read, Esq.
FDC Honolulu
351 Elliot Street
P.O. Box 30547
Honolulu, Hawaii 96820

Re:   Inmate Eduardo Mina, Reg No. 02319-093
      USA v. Eduardo C. Mina, et al., USDC Cr. No. 02-00209-05 DAE

Dear Mr. Read:

This is a request for permission for Michael Patrick Orian, of Orian's Polygraph Investigative Service, 1088 Bishop Street, Suite 404, Honolulu, Hawaii 96813, Ph. 523-7904, a licensed polygrapher, to conduct a polygraph examination of my client, Eduardo Mina, on **January 26, 2004 at 1:00 p.m.** in the FDC Honolulu visitation room.

Sincerely,

*/s/ Clifford B. Hunt*

Clifford B. Hunt

cc: Mr. Eduardo Mina

EXHIBIT E