

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

PJKK Federal Building　　　　　　　　　　(808) 541-2850
300 Ala Moana Blvd., Room 6-100　　　　FAX (808) 541-2958
Honolulu, Hawaii 96850

January 29, 2004

Clifford B. Hunt, Esq.
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard, Box 27
Honolulu, Hawaii 96813-4908

      Re:  United States v. Mina, et al.
           <u>Cr. No. 02-00209 DAE</u>

Dear Mr. Hunt:

      This will confirm our conversation of January 29, 2004.

      As you know because of Mr. Mina's repeated references to being willing to take a "lie detector test" on issues relating to his prosecution, we wrote a letter to you dated December 23, 2003, inviting Mr. Mina to undergo a polygraph examination. We offered to have Mr. Mina examined by a trained polygraph examiner on questions including: 1) whether Task Force Agent Campbell took notes during Mr. Mina's interview at the police station on January 30, 2002; 2) whether Mr. Mina was advised that he was not under arrest and free to leave; and 3) whether Mr. Mina was forced by Agents Yamane and Campbell to accompany them to the police station. We also offered to polygraph Mr. Mina on other questions relating to his guilt or innocence of the crimes charged in the Indictment, including whether he took money from bar owners in return for overlooking liquor violations.

      On January 29, 2004, you advised AUSA Nakamura and myself that Mr. Mina had declined our invitation and that Mr. Mina had decided not to undergo a polygraph examination.

                                   Very truly yours,

                                     EDWARD H. KUBO, JR.
                                   United States Attorney
                                   District of Hawaii

                                   By /s/
                                   J. MICHAEL SEABRIGHT
                                   CRAIG H. NAKAMURA
                                   Assistant U. S. Attorneys

EXHIBIT F