# CLIFFORD B. HUNT
### Attorney at Law

Four Waterfront Plaza, Suite 480  
500 Ala Moana Boulevard Box 27  
Honolulu, Hawaii 96813-4908

Telephone: (808) 545-4050  
Facsimile: (808) 532-9599  
e-mail: cliffhunt@msn.com

February 2, 2004

Mr. J. Michael Seabright  
United States Attorney's Office  
300 Ala Moana Boulevard, Rm 6100  
P.O. Box 50183  
Honolulu, Hawaii 96850

Re:   USA v. Eduardo Mina; USDC CR. NO. 02-00209 (05) DAE

Dear Michael:

    Your letter of January 29, 2004 concerning a polygraph examination of Mr. Mina is correct in the sense that I informed you that the defense would not submit Mr. Mina to the government's proposed polygraph examination.

Sincerely,

*Clifford B. Hunt*

Clifford B. Hunt

EXHIBIT G