Office of Disciplinary Counsel
1132 Bishop Street, Suite 300
Honolulu, Hawai'i 96813
Telephone (808) 521-4591

Chief Disciplinary Counsel
  Carole R. Richelieu
Assistant Disciplinary Counsel
  Charles H. Hite
  Michael T. Lee
  Geoffrey M. Kam
  Katherine C. Desmarais
Of Counsel
  Alvin T. Ito
  Magali V. Sunderland*
  *A Law Corporation
Investigator
  Fred Oishi
Research Paralegals
  Darryn J. Manuel
  Lisa Lemon-Monville



Disciplinary Board
Chairperson
Charles T. Kleintop
Vice Chairperson
J. Michael Seabright
Secretary
Lynn H. Higashi
Treasurer
Richard A. Coons, C. P. A.

Rustam A. Barbee
Richard A. Chamberlin, Ph.D.
Corlis J. Chang
Faith P. Evans
Gary M. Farkas, Ph. D., M. B. A.
Diane D. Hastert
Joyce Ingram-Chinn, Ph. D.
Hon. Evelyn B. Lance (ret.)
Hon. Clifford L. Nakea
Dean E. Ochiai
Blake T. Okimoto
Jean E. Rolles, C. P. M.
Carroll S. Taylor
Thomas D. Welch

December 8, 2004                    CONFIDENTIAL


Clifford B. Hunt, Esq.
345 Queen Street
Queen Street Building, Suite 915
Honolulu, Hawai'i  96813

Re:  ODC 8113
     Eduardo C. Mina, Complainant

Dear Mr. Hunt:

The above-referenced ethics matter was investigated by our office.

Our investigation has included a thorough review of the information submitted by yourself and Mr. Mina. The Rules of the Supreme Court of Hawai'i require that any finding of attorney misconduct be supported by "clear and convincing evidence." In this case (<u>United States of America vs. Eduardo C. Mina, et al.</u>, Cr. No. 02-00209 DAE (United States District Court for the District of Hawai'i, United States of America)), it has been determined that there is insufficient evidence to clearly support a finding of an ethical violation on your part. Thus, this complaint has been dismissed.

Thank you for your cooperation during the pendency of this matter. This investigation is now closed.

Very truly yours,

MICHAEL T. LEE
ASSISTANT DISCIPLINARY COUNSEL

MTL:uo

