EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG    #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIV. NO. 07-00061 DAE KSC |
|  | ) CR. NO. 02-00209 DAE |
| Plaintiff/Respondent, | ) |
|  | ) AMENDED CERTIFICATE OF SERVICE |
| vs. | ) |
|  | ) |
| EDUARDO C. MINA, | ) |
|  | ) |
| Defendant/Petitioner. | ) |
|  | ) |

AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of Government's Memorandum Opposing Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence; Declaration of Clifford B. Hunt; Exhibits "A"-"H" was served on the following at his last known address:

Served by certified mail:

Eduardo Mina, #02319-093          April 30, 2007
Mahoney Hale
909 Kaamahu Place
Honolulu, Hawaii 96817

Defendant/Petitioner Pro Se

DATED:  Honolulu, Hawaii, April 30, 2007.


                              /s/ Janice Tsumoto