Eduardo C. HINA
Pro Se / Defendant / Appellant
94-1097 Aanauna Street
Waipahu, Hawaii 96797

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 09 2007

at 10 o'clock and 15 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,    ) CIV. NO. 07-00061 DAE KSC
Plaintiff / Respondent       ) CRIM. NO. 02-00209 DAE
    vs.                      ) DEFENDANT EDUARDO C.
EDUARDO C. HINA              ) HINA'S NOTICE OF APPEAL;
Pro Se / Defendant / Appellant ) CERTIFICATE OF SERVICE

DEFENDANT EDUARDO C. HINA'S NOTICE OF APPEAL

NOTICE is hereby given that Defendant EDUARDO C. HINA, Pro Se, hereby appeal to THE UNITED STATES COURT OF APPEALS for THE NINTH CIRCUIT FROM THE ORDER DENYING EDUARDO C. HINA'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE entered by the Honorable DAVID ALAN EZRA ON JULY 2, 2007.

Dated: Waipahu, Hawaii   July 7, 2007.

EDUARDO C. HINA
Pro Se / Defendant / Appellant

IN FORMA PAUPERIS DECLARATION
DISTRICT COURT OF HAWAII

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA ) CIV. NO. 07-00061 DAE K
Plaintiff/Respondent ) CR. NO. 02-00209 DAE
vs. ) CERTIFICATE OF
EDUARDO C. MINA ) SERVICE
Pro Se/Defendant/Appellant )

CERTIFICATE OF SERVICE

I hereby certify that on today's date, a copy of the foregoing was duly mailed, postage prepaid, or personally delivered to the following:

By MAIL    DELIVERED

EDWARD H. KUBO, Jr.
LAWRENCE L. TONG
OFFICE of the United States Attorney
PJKK FB, 300 ala Moana Boulevard, ste. 6100
Honolulu, HI 96850

Dated: Honolulu, Hawaii JULY 9, 2007

EDUARDO C. MINA - Pro Se