# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**    U.S.A vs. Eduardo C. Mina

   **U.S. COURT OF APPEALS DOCKET NUMBER**:_____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 07-00061DAE-KSC
                                            CR 02-00209DAE-05

II  **DATE NOTICE OF APPEAL FILED:** 07/09/07

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**   IFP Declaration inclusive with Appellant's Notice of Appeal

   **DOCKET FEE PAID ON:**          **AMOUNT:**
   **NOT PAID YET:**                **BILLED:**
   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**
   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**
   **IF YES, SHOW DATE:**           **& ATTACH COPY OF ORDER/CJA**
   **WAS F.P. STATUS REVOKED:**     **DATE:**
   **WAS F.P. STATUS LIMITED IN SOME FASHION?**
   **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY**:

   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 7, 2007

To All Counsel of Record as Appellees:

    IN RE:   U.S.A vs. Eduardo C. Mina

                Civil No. 07-00061DAE-KSC
                CR 02-00209DAE-05

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on July 9, 21007.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                                Sincerely Yours,
                                               SUE BEITIA, CLERK

                                               by: Laila M. Geronimo
                                                   Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
           docket sheet, dfnf
       EDUARDO C. MINA (pro se appellant)
           w/copy of instructions for civil appeals
           Transcript Desig. & Ordering Form
           with instructions and a copy of the
           docket sheet; CADS