

| Date | No. | Description |
|---|---|---|
| 12/15/2003 | 196 | MOTION to Order to Show Cause Why Defendants Hiranaka, and Andres Should Not be Precluded from Offering Undercover Audio Tapes as Evidence at Trial; Declaration of Counsel; Exhibits A - D; Certificate of Service (gs) (Entered: 12/15/2003) |
| 12/16/2003 | | Transcript of Proceedings 9/19/03 - Orig ;# of pages 16 ; Cynthia Fazio; 2,3,5 (gs) (Entered: 12/16/2003) |
| 01/06/2004 | 197 | NOTICE - Motion to Order to Show Cause Why Defendants Hiranaka, and Andres Should Not be Precluded from Offering Undercover Audio Tapes as Evidence at Trial is set for 1/29/04 @ 9:45 a.m. DAE [196-1] (sealed) (Entered: 01/06/2004) |
| 01/09/2004 | 198 | Defendant Eduardo C. Mina's Statement of No Opposition to Government's Motion for Order to Show Cause Why Defendants Hiranaka and Andres Should Not be Precluded from offering Undercover Audio Tapes as Evidence at Trial and Certificate of Service by defendant Eduardo C. Mina regarding [196-1] (gs) (Entered: 01/12/2004) |
| 01/12/2004 | (199) | Defendant Eduardo C. Mina's Ex Parte Motion for 18 U.S.C. 3006(e)(1) CJA Services and Expenses; Declaration of Counsel; Exhibit A; Memorandum in Support of Motion; ORDER Granting Ex Parte Motion for 18 U.S.C. 3006(e)(1) CJA Services and Expenses and Sealing Document [SEALED] by Mag Judge Kevin S. Chang (cc: all counsel) (gs) (Entered: 01/12/2004) |
| 01/16/2004 | 200 | CJA Form 21 (Expert Services) Voucher # 040116000076 for Pavsek & Assc.'s as to Eduardo C. Mina in the amount of $2,730.00 (gs) (Entered: 01/17/2004) |
| 01/23/2004 | 201 | NOTICE - Motion for withdrawal of Not Guilty Plea and to Plead Anew as to deft Arthur Andres set for 2/5/04 at 11:00 a.m. before Judge Kobayashi; The following dates have been vacated as to deft Arthur Andres: 3/1/04, Final Pretrial Conference, Judge Kobayashi; 3/30/04, Jury Trial, Judge Ezra (gs) (Entered: 01/26/2004) |
| 01/28/2004 | 203 | NOTICE - The Motion for withdrawal of Not Guilty Plea and to Plead Anew as to deft Arthur Andres currently set for 2/5/04 before Judge Kobayashi has been vacated; Deft wishes to proceed with trial; The following dates have been put back on the calendar as to deft Arthur Andres: 3/1/04: Final Pretrial Conference before Judge Kobayashi; 3/30/04: Jury Trial before Judge Ezra for Arthur M. Andres (gs) (Entered: 01/30/2004) |
| 01/29/2004 | 202 | EP: MINUTES: Motion for Order to Show Cause Why Defendants Hiranaka and Andres Should Not Be Precluded From Offering Undercover Audio Tapes as Evidence at Trial. Defendant (02)Harvey Hiranaka presence is waived. Defendant (03)Arthur Andres present, not in custody. Defendant (05)Eduardo Mina present in custody. Motion for Order to Show Cause Why Defendants Hiranaka and Andres Should Not Be Precluded From Offering Undercover Audio Tapes as Evidence at Trial-GRANTED. Government to prepare order. Defense counsel has until February 9, 2994 to file any objections. Defendant (05)Eduardo Mina remanded to the custody of U.S. Marshals [196-1]; Harvey T. Hiranaka, Arthur M. Andres, Eduardo C. Mina, USA Attorney J. Michael Seabright, Craig H. Nakamura, Pamela Byrne, Reginald P. Minn, Clifford B. Hunt present (Ct Rptr: Cynthia Fazio) by Judge Ezra (gs) (Entered: 01/30/2004) |
| 02/02/2004 | | TRANSCRIPT of Proceedings - 1/29/04 - ORIG - ( Cynthia Fazio ) - pp 17 ;as to Harvey T. Hiranaka, Arthur M. Andres, Eduardo C. Mina (gs) (Entered: 02/02/2004) |
| 02/03/2004 | 204 | Defendant Eduardo C. Mina's Ex Parte Motion for Litigation Expenses; Declaration of Counsel; Memorandum in Support of Motion; ORDER Granting Ex Parte Motion for Litigation expenses and Sealing document; Exhibit A by Mag Judge Leslie E. |