

Re: CR. NO. 02-00209-05

March 12, 2004

Your Honor,

Much to my regret, I have to fire immediately my lawyer, atty. Clifford Hunt because he lied to me about having filed a motion to age the *[illegible]* note of officer Campbell. He told me last month that he has filed the motion and that he found a laboratory in the mainland but on February 27 I found out that he never filed it, through his own admission.

Hence I am enclosing herewith my own motion and pray for the approval thereof in the name of justice, equity and fairness.

Thanking you for your kind attention I am

Very truly yours,
Eduardo E. MINA
Defendant (05)