

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: March 22, 2006

To: United States Court of Appeals   Attn: ( ) Civil
    For the Ninth Circuit
    Office of the Clerk                (✓) Criminal
    95 Seventh Street
    San Francisco, California 94103   ( ) Judge

*415-3558000*

From: United States District Court
     300 Ala Moana Blvd. Room C-338
     Honolulu, Hawaii 96813

DC No: CR 02-00209 DAE   Appeal No: 05-10431
                                          05-10435

Short Title: USA vs Andres, Mina, et al. (03) (05)

Clerk's Files in    5    volumes (✓) original ( ) certified copy
Bulky docs              volumes (folders) docket #
Reporter's         33   volumes (✓) original ( ) certified copy
Transcripts
7/2/02, 7/5/02, 8/12/02, 8/13/02, 8/23/02, 9/12/02, 9/19/02,
12/12/02, 8/12/02, 8/13/02, 5/30/03, 1/29/04, 4/15/04,
4/21/04, 9/04/02, 9/12/02, 4/22/04, 4/23/04, 4/23/04,
4/27/04, 4/27/04, 4/28/04, 4/29/04, 4/30/04, 5/4/04, 5/5/04,
5/6/04, 5/7/04, 5/11/04, 5/12/04, 5/12/04, 5/14/04, 5/18/04

Exhibits                volumes ( ) under seal
                        boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: Doc #: 316, 324, 328, 341, 374, 372, 369, 368, 367, 364, 381, 384, 317, 318, 319, 308, 314, 313, 311, 309, 307, 306, 304, 303, 298, 273, 274, 262, 258, 247, 242, 243, 241, 233, 232, 230, 229, 206, 205, 204, (199), 162, 155, 149, 136, 135, 134, 132, 129, 115, 102, 103, 104, 105, 66, 58, 390, 395, 398, 401, 403, 404, 405, 406, 418, 420,

Acknowledgment: _____   Date: _____

CC: all Counsel