It is not yet in my possession because it is still in transit from TCI, TAFT, CA.

G

1  had properly signed out.
2          So I instructed, being his senior
3  investigator, I instructed Mina not to issue a
4  violation, but to issue a written warning because
5  it wasn't a clean violation.
6          On September 21st, we went back to Club
7  My Library, and at that time the manager took us
8  into her karaoke room, gave me $200 and asked
9  that I give half to Investigator Mina.
10    Q    Did you do that?
11    A    Yes, I did.
12    Q    What was Mr. Mina's response when you
13 gave him a $100?
14    A    Something like, "Ohhh." He was very
15 happy.
16    Q    What is the last page? It says,
17 "Payments From Licensee." Just for the record,
18 "licensee" refers to a business which holds a
19 liquor license?
20    A    That's correct.
21    Q    "Payments From Licensee To UC Upon
22 Introduction By Andres." Can you describe what
23 these three incidences represent?
24    A    These all occurred on one night when I
25 was assigned as a partner with Investigator

4-29

1  A    So he initiated an investigation of an employee drinking
2  liquor on duty. He went and obtained the time card for this
3  employee, and as I looked, he was looking at it, he looked kind
4  of puzzled. So I looked at the time card and in looking at the
5  time card for this female, she had filled it out incorrectly in
6  putting the time in and time out incorrectly, but she had --
7  the time card did indicate that she had attempted to sign out
8  so that technically she really had signed out. Even though the
9  time card was filled out incorrectly, it indicated that she
10 wasn't working at the time that we saw her drinking.
11 Q    Would that make a difference in whether you write a
12 violation or not?
13 A    Yes, because -- yes.
14 Q    Why?
15 A    If she wasn't -- if she was not signed in, then she was
16 allowed to drink at the bar.
17 Q    Okay. So what happened next?
18 A    Because of that discrepancy in the time card, I suggested
19 to Mina that, rather than write the violation for an employee
20 drinking, that we would write a written warning for the
21 improper time card. And as we were near the kitchen area, the
22 owner or manager of My Library came by us and she -- she was
23 kind of asking for a break. She -- she made kind of a hand
24 sign like this (indicating).
25 Q    Just so the record can tell, you were making a sign with

see 29-30