# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.     **SHORT CASE TITLE:**     U.S.A vs. Eduardo C. Mina

**U.S. COURT OF APPEALS DOCKET NUMBER:** 07-16429

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 07-00061DAE-KSC
             CR 02-00209DAE-05

II     **DATE NOTICE OF APPEAL FILED:** 07/09/07

III     **U.S. COURT OF APPEALS PAYMENT STATUS:**     IFP Declaration inclusive with Appellant's Notice of Appeal

**DOCKET FEE PAID ON:**     **AMOUNT:**

**NOT PAID YET:**     **BILLED:**

**U.S. GOVERNMENT APPEAL:**     **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**     **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**     **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV     **COMPANION CASES, IF ANY:**

V.     **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 15 2007
DISTRICT OF HAWAII

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# PUBLIC TELEPHONE NUMBERS

(effective 3.5.07)

| Department | Phone |
|---|---|
| General Information | (415) 355-8000 |
| Appellate Commissioner | 355-8110 |
| Attorney Admissions | 355-7800 |
| Calendar Unit | 355-8190 |
| Circuit Executive | 355-8800 |
| Circuit Mediators | 355-7900 |
| Computer Operations | 355-7890 |
| Death Penalty | 355-8197 |
| Divisional Offices: | |
|     Pasadena | (626) 229-7250 |
|     Portland | (503) 833-5300 |
|     Seattle | (206) 553-2937 |
| Docketing - Civil | (415) 355-7830 |
| Docketing - Criminal/Agency | 355-7840 |
| Extensions of Time/Briefs: | |
|     Written Motions | 355-7860 |
| 14 day Telephone Extension: | |
|     - (Northern & Eastern California; Hawaii, Guam, Arizona, Nevada) | 355-7853 |
|     - (Central & Southern California) | (626) 229-7261 |
|     - (Eastern & Western Washington Idaho, Montana) | (206) 553-0191 |
| Motions Attorneys | 355-8020 |
| Operations Assistants (CJA) | 355-7920 |
| Personnel | 355-7869 |
| Procedural Motions | 355-7860 |
| Pro Se Unit | 355-8040 |
| Tours | 355-7930 |