|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | SEP 03 2008 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-16429 |
| Plaintiff - Appellee, | D.C. Nos. CV-07-00061-DAE/KSC<br>CR-02-00209-5-DAE |
| v. | District of Hawaii,<br>Honolulu |
| EDUARDO C. MINA, | |
| Defendant - Appellant. | ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 05 2008

at 1 o'clock and __ min. __ M.
SUE BEITIA, CLERK

Before:   SCHROEDER and KLEINFELD, Circuit Judges.

The request for a certificate of appealability is denied. See 28 U.S.C.

§ 2253(c)(2). All outstanding motions and requests are denied as moot.

KMB/COA